**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 8:23-cr-00016-DOC** |
| Plaintiff, | Hon. David O. Carter |
| v. | United States District Judge |
| JEFFREY MICHAEL SPARROW, | Current Surrender Date: June 1, 2026 |
| Defendant. | |

**EX PARTE APPLICATION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTIONS CONCERNING THE EXECUTION OF SENTENCE AND, IN THE ALTERNATIVE, RELEASE PENDING APPEAL**

**I. RELIEF REQUESTED**

Defendant Jeffrey Michael Sparrow, by and through undersigned counsel, respectfully applies ex parte pursuant to Central District Local Rules 7-19 and 7-19.1 for an order setting his two contemporaneously filed motions for expedited consideration on a schedule that permits a ruling before Mr. Sparrow's voluntary surrender date of noon on June 1, 2026. The two motions are:

A. Defendant's Motion for Judicial Recommendation of Initial Home Confinement Designation to the Bureau of Prisons Pursuant to 18 U.S.C. § 3621(b)(4); In the Alternative, for Extension of Self-Surrender Date; and for Supplemental Judicial Recommendations to the Bureau of Prisons (the "Stay-of-Surrender Motion"); and

B. Defendant's Motion for Release on Bail Pending Appeal Pursuant to 18 U.S.C. § 3143(b) and Federal Rule of Appellate Procedure 9(b) (the "Bail-Pending-Appeal Motion"), filed in the alternative to the Stay-of-Surrender Motion.

1

Specifically, Mr. Sparrow respectfully requests that the Court:

1. Shorten the briefing schedule established under L.R. 6-1 so that any opposition from the government to either motion is due on or before May 25, 2026, and any reply is due on or before May 28, 2026; or

2. In the alternative, consider both motions without further briefing, ruling on the motions as soon as the Court's calendar permits.

## II. THE REASON FOR EX PARTE RELIEF

Mr. Sparrow's voluntary surrender date is noon on June 1, 2026. Both motions concern the execution of the imposed sentence and the timing of surrender. The Stay-of-Surrender Motion seeks a judicial recommendation that the Bureau of Prisons designate Mr. Sparrow to home confinement as his initial placement under 18 U.S.C. § 3621(b)(4), and, in the alternative, an extension of the voluntary surrender date. The Bail-Pending-Appeal Motion is filed in the alternative, for the contingency in which the Court declines the relief sought in the Stay-of-Surrender Motion; it seeks release pending the pending Ninth Circuit appeal under 18 U.S.C. § 3143(b) and Federal Rule of Appellate Procedure 9(b). The relief sought by each motion is meaningful only if the Court rules before Mr. Sparrow surrenders. The ordinary noticed-motion track under Local Rule 6-1 (28 days' notice) does not permit a ruling within that window. Ex parte relief is therefore appropriate. See L.R. 7-19.

The underlying facts that drive the time-sensitivity are set out in the two motions and in the contemporaneously filed declarations of Mr. Sparrow and Mrs. Emerald Sparrow. In summary: Mrs. Sparrow is in the third trimester of a pregnancy complicated by hyperemesis gravidarum and is expected to deliver the couple's third child, a son, on August 6, 2026. Mr. Sparrow is the household's sole functional caretaker and has been throughout this pregnancy.

The Sparrows have two minor daughters at home, ages ten and seven. The post-partum recovery window, the planned home birth, and the medical and developmental considerations relevant to the immediate post-birth period are documented in the supporting declarations. The April 16, 2026 amendment to U.S.S.G. § 2B1.1 also informs the proportionality and parsimony analysis presented in the two motions.

If a ruling on the motions is not entered before June 1, 2026, the relief sought becomes moot or substantially diminished, and the family-medical record on which the motions rest cannot be timely considered. That irreparable consequence is the basis for the requested expedited consideration of both motions on the same schedule.

## III. NOTICE TO OPPOSING COUNSEL UNDER LOCAL RULE 7-19.1

Pursuant to Local Rule 7-19.1, undersigned counsel, through co-counsel at The Ticktin Law Group, provided notice of this Application and the two underlying motions to Assistant United States Attorney Jennifer L. Waier by electronic mail on May 19, 2026, Counsel conferred with the Government, and the Government opposes.

## IV. CONCLUSION

For the foregoing reasons, Mr. Sparrow respectfully requests that this Court grant the relief described in Section I above, expediting consideration of both the Stay-of-Surrender Motion and the Bail-Pending-Appeal Motion on a schedule that permits a ruling before June 1, 2026.

Dated: May 20, 2026                    Respectfully submitted,

3

*/s/ Barry D. Silbermann*
BARRY D. SILBERMANN, BSIE, JD
California State Bar No. 69402
LAW OFFICE OF BARRY D. SILBERMANN
3896 Carpenter Avenue
Studio City, California 91604
Telephone: (310) 702-6699
Email: bdspc@aol.com
Attorney for Defendant
JEFFREY MICHAEL SPARROW

4