TODD D. BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
Assistant United States Attorney
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney
California Bar Number:  209813
        312 N. Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-4270
        E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JEFFREY MICHAEL SPARROW,<br><br>             Defendant. | Case No. SA CR 23-16-DOC<br><br>GOVERNMENT'S MOTION TO STRIKE DEFENDANT'S MOTION FOR BAIL PENDING APPEAL [DKT. 143] AND NOTICE OF APPEARANCE OF ATTORNEY BARRY D. SILBERMANN [DKT. 141] |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jennifer L. Waier, hereby files this Motion to Strike Defendant's Motion for Bail Pending Appeal (CR 143) and the Notice of Appearance of Attorney Barry D. Silbermann (CR 141).

     On March 23, 2026, defendant was sentenced to 30 months' imprisonment, with a self-surrender date on June 1, 2026.  Defendant has been, and remains, represented by Ernest Badway of Thompson

Hine LLP.  Mr. Badway has recently filed on defendant's behalf a Notice of Appeal (CR 124), designations and orders for transcripts (CR 131, 132, 133, 134), and requests for access to sealed hearings (CR  129, 134), with the most recent filing occurring April 17, 2026.

On May 15, 2026, without leave of this Court and without consulting defendant's current counsel of record, Mr. Silbermann filed a Notice of Appearance.  (CR 141.)  On May 20, 2026, again without consulting current counsel and purporting to act "as "attorney for defendant," Mr. Silbermann filed a Motion for Bail Pending Appeal.  (CR 143.)  Because Mr. Badway remains counsel of record and Mr. Silbermann has not properly substituted in as counsel of record, both the Notice of Appearance of Mr. Silbermann and Motion for Bail Pending Appeal should be stricken.

Pursuant to Local Rule 83-2.3.2, "[a]n attorney may not withdraw as counsel except by leave of court.  A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action.  The motion for leave to withdraw must be supported by good cause." Moreover, "[u]nless good cause is shown and the ends of justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion."  L.R. 83-2.3.5.

No motion to withdraw or for substitution of counsel (Form G-01) has been filed, and this Court has not relieved Mr. Badway as counsel of record.  Instead, Mr. Silbermann improperly filed a Notice of Appearance (G-123) to gain CM/ECF filing privileges despite not being counsel of record.  (CR 141.)  Defendant is familiar with the proper

procedure, having previously filed a Form G-01 to substitute Mr. Badway for his prior counsel John D. Kirby. (CR 78.)

Because Mr. Silbermann is not counsel of record, the Notice of Appearance and the Motion for Bail Pending Appeal filed by him are improper and should be stricken.  See Fed. R. Civ. P. 11 (requiring that every pleading, written motion, and other paper be signed by at least one attorney of record).

Dated: May 21, 2026                     Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General


                                        _____/s/_____
                                        JENNIFER L. WAIER
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

3