# <u>Nurture Birth Services</u>

Taylore Estep, CPM-TN

2345 N Mount Juliet Rd. Mt. Juliet, TN 37122

(615) 237-8711

To whom it may concern, my patient, Emerald Sparrow began care with me on Feb 9, 2026. At this time in her pregnancy, she is not cleared for travel as long distance trips in car or via plane are not safe for impending delivery. Emerald has had sickness that is beyond the typical pregnancy sickness and has required more care than the normal; her husband Jeff Sparrow is her caretaker as well as the primary caretaker of their other 2 daughters when she is unable. Emerald has an estimated due date of 8/6/26, and should complete her pregnancy no later than 8/20/26. It is vital for her health and the health of her unborn son, that she be taken care of by Jeff for the remainder of her pregnancy and for the immediate postpartum period; ideally 6 weeks in length, with minimum to be the first 2 weeks as that is the most critical time for the health and wellbeing of vulnerable mothers and newborns.

Please reference the phone number above if you should need to reach me.

Regards,
Taylore Estep, CPM-TN